

   

greek freak | Sell on Etsy | Favorites | Notifications | You | Cart

Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies | Vintage | Gifts

← Back to search results









EvolutionThreadStore ★★★★★ (21)

## Greek Freak - Men's Short-Sleeve T-Shirt

**$21.95**

Color
[ Select an option ▼ ]

Size
[ Select an option ▼ ]

Quantity
[ 1 ▼ ]

**Buy it now**

**Add to cart**

 Hooray! This item ships free to the US.